## STATE OF CONNECTICUT *v.* NOEL BERMUDEZ

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 79 Conn. App. 275 (AC 22949), is granted, limited to the following issues:

"Did the Appellate Court properly conclude that: (1) prosecutorial misconduct deprived the defendant of a fair trial; and (2) the trial court improperly overemphasized the charge of manslaughter in the first degree in its instructions to the jury?"

The Supreme Court docket number is SC 17081.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in support of the petition.

Decided October 23, 2003

## STATE OF CONNECTICUT *v.* LEOPOLD LACHOWICZ

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 199 (AC 23138), is denied.

*Scott Abkowicz,* deputy assistant public defender, in support of the petition.

*Elizabeth Bodine,* assistant state's attorney, in opposition.

Decided October 23, 2003